**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In the Matter of the Search of One Residence in Washington, D.C. Under Rule 41** | **Case No. 26-mc-00159** |

**CERTIFICATE OF SERVICE**

I, Amy Jeffress, hereby certify that, on the 3rd day of November, 2026, and pursuant to Federal Rule of Criminal Procedure 49(a)(3)(B), I caused a true and correct copy of all papers filed in the action to date to be served on the following counsel for the United States via electronic mail, after obtaining consent to do so in writing:

Alessandra P. Serano
Associate Deputy Attorney General, Office of the Deputy Attorney General
United States Department of Justice
Alessandra.Serano2@usdoj.gov

Michael Wheat
Special Assistant United States Attorney
United States Attorney's Office for the Central District of California
Michael.Wheat@usdoj.gov

Joseph Teiraub
First Assistant United States Attorney
United States Attorney's Office for the District of Minnesota
Joseph.Teirab@usdoj.gov

George Massucco
Chief, Criminal Division
United States Attorney's Office for the District of Columbia
George.Massucco@usdoj.gov

RECEIVED
NOV 04 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dated: November 4, 2026
Washington, D.C.

Respectfully submitted,

*/s/ Amy Jeffress*

Amy Jeffress
HECKER FINK LLP
1050 K Street NW, 10th Floor
Washington, D.C. 20001
Tel: (212) 763-0883
ajeffress@heckerfink.com

*Attorney for Ilhan Omar*