**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF ONE RESIDENCE IN WASHINGTON, D.C. UNDER RULE 41** | **Case No. 1:26-mc-00159-UNA** |

**NOTICE OF APPEARANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Special Assistant United States Attorney Alessandra P. Serano is entering her appearance in the above-captioned matter as counsel for the United States.

DATED: November 6, 2026

Respectfully submitted,
JEANINE FERRIS PIRRO
United States Attorney

____________/S/_______
Alessandra Serano
Special Assistant United States Attorney
CA Bar No. 204796
950 Pennsylvania Ave, NW
Washington, D.C. 20530
alessandra.serano2@usdoj.gov
(202) 353-3530